**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                    CHAPTER 13 CASE:

YOLONDA VICTORIA FRELIX                              05-01928EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| YOLANDA VICTORIA FRELIX | 5425 CLINTON BLVD. APT. NM7<br>JACKSON, MS 39209 | $1,516.99 |
|  |  |  |
|  |  |  |

DATED:    8/19/09                                    Respectfully submitted,

                                                 /s/James L. Henley, Jr.
                                                 James L. Henley, Jr., MSB #9909
                                                 Chapter 13 Trustee
                                                 PO Box 31980
                                                 Jackson, MS 39286
                                                 (601) 981-9100

CC:    R CHARLES ROBB
       ROBB LAW OFFICE, P.L.L.C.
       P.O. BOX 1044
       VICKSBURG, MS 39181-1044